UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

Robert Barnes,
  Plaintiff

v.                                              Case No. 7:23cv238

Rick White, et al.,
  Defendants.

## AMENDED COMPLAINT

The pro se prisoner plaintiff, Robert Barnes, files this Amended Complaint and states as follows.

## I) INTRODUCTION

Plaintiff, a prisoner in the Virginia Department of Corrections ("VDOC"), alleges he attempted to send an email to his friend complaining prison officials were providing him with constitutionally inadequate medical attention. He directed his friend to forward the email to the American Civil Liberties Union of Virginia ("ACLU") asking the organization to represent him in a civil action against the officials. However,

1

Defendant John Doe censored the email due to its content. Plaintiff submitted a Regular Grievance contesting the censorship, but Defendants Meade and Roe Doe refused to accept the Grievance for logging. Plaintiff asserts Defendant John Doe violated his First Amendment right to free speech. He additionally asserts Defendants Meade and Roe Doe violated his Fourteenth Amendment procedural due process rights because they deprived him of a reasonable opportunity to protest the censorship of his email.

## II) JURISDICTION

1) This Court has jurisdiction of Plaintiff's claims pursuant to 42 USC §1331 and §1343(a)(3).

## III) PARTIES

2) Plaintiff, during the events mentioned herein, was incarcerated at Red Onion State Prison ("Red Onion"), which is owned and operated by the VDOC and the State of Virginia.

3) Defendant John Doe, during the events mentioned herein, was the official working at Red Onion who censored Plaintiff's email on March 7, 2022.

2

4) Defendant Meade, during the events mentioned herein, was the Institutional Ombudsman at Red Onion. Upon information and belief, she is currently a VDOC Regional Ombudsman for the Western Region of Virginia.

5) Defendant Roe Doe, at all times mentioned herein, is and was a VDOC Regional Ombudsman for the Western Region of Virginia. He supervised Defendant Meade on all matters related to the VDOC's Grievance Procedure. This Defendant's first name is "Robert," his middle name begins with "H," and his last name begins with "B."

6) Defendant White, at all times mentioned herein, is and was the Warden at Red Onion. He had no personal involvement in this action. He is sued only because he would be responsible for enforcing any injunctions this Court may enter. As the Warden, Defendant White is the highest-ranking official at Red Onion. He supervises all Red Onion employees, including Defendant John Doe, and has the authority to mail out Plaintiff's email.

7) Defendant Robinson, at all times mentioned herein, is and was the Deputy Director for the VDOC. He had no personal involvement in this action. He is

3

sued only because he would be responsible for enforcing any injunctions this Court may enter. As the Deputy Director, Defendant Robinson is the second highest-ranking official in the VDOC. He has authority over all VDOC employees, with the exception of the Director, and has the authority to mail out Plaintiff's email.

8) At all times mentioned herein, the Defendants acted under the color of state law. Defendant John Doe is sued in his official and individual capacities. Defendants Meade and Roe Doe are sued in their individual capacities. Defendants White and Robinson are sued in their official capacities.

## IV) FACTS

### A) Free Speech Claim

9) On or about March 1, 2022, Plaintiff attempted to send an email to his friend, Anthony Wright.

10) In the email, Plaintiff complained officials at Red Onion were providing him with inadequate medical attention. He directed his friend to forward the email to the ACLU asking the organization to represent him

4

in a civil action against officials at Red Onion.

11) The email never made it to Anthony Wright because prison officials intercepted it for screening purposes.

12) On March 7, 2022, Defendant John Doe censored the email due to its content.

13) To date, Plaintiff's email has not been sent to Anthony Wright because Defendant John Doe censored it. Furthermore, he was charged an e-stamp when trying to send the email.

B) Due Process Claim

14) The VDOC authorizes staff to censor emails that do not comply with the content requirements of VDOC policy, and it allows prisoners to appeal the censorships through the VDOC's Grievance Procedure. To file an appeal, a prisoner must first submit a Written Complaint indicating the date that staff censored his email. Institutional staff designated to screen and, when appropriate, censor emails must respond to the Written Complaint and provide the prisoner with "specific identifying information" to include the letter

5

ID and the date that the email was censored. If the prisoner is dissatisfied with the response to his Written Complaint, he may further appeal the issue by submitting a Regular Grievance to the Institutional Ombudsman for investigation. Upon receipt of a Regular Grievance, the Institutional Ombudsman will consult with staff to review the contents of the email and will prepare an appropriate response that will be reviewed by the Warden or Assistant Warden. The Warden or Assistant Warden will review the grievance and decide to either send the email to its intended recipient or uphold the email's censorship.

15) On March 8, 2022, Plaintiff submitted a Written Complaint contesting the censorship of his email. However, an official responded to the complaint stating, "All e-mails are read per policy and censored."

16) On March 14, 2022, Plaintiff submitted a Regular Grievance to Defendant Meade contesting the censorship of his email.

17) On the same date, Defendant Meade rejected the Grievance at the intake level. This prevented Defendant White or his Assistant Warden from adjudicating the merits of the Grievance.

18) Plaintiff mailed the Regular Grievance to Defendant Roe Doe seeking to overturn Defendant Meade's intake decision so he could contest the censorship of his email via Regular Grievance.

19) On March 25, 2022, Defendant Roe Doe upheld Defendant Meade's decision to reject Plaintiff's Regular Grievance at the intake level.

20) To date, Plaintiff's email has not been sent to Anthony Wright because Defendants Meade and Roe Doe deprived him of a reasonable opportunity to protest the censorship through a Regular Grievance. Plaintiff alleges that the content of his email did not threaten any legitimate penological interests and that Defendant White or his Assistant Warden would have sent the email to Anthony Wright had they reviewed it.

## V) LEGAL CLAIMS

21) Defendant John Doe violated Plaintiff's First Amendment right to free speech when he censored Plaintiff's email due to its content. Plaintiff has a right to communicate with citizens. See Heyer v. U.S. Bureau of Prisons, 849 F.3d 202, 213 (4th Cir 2017) ("the First Amendment rights retained by convicted prisoners

7

include the right to communicate with others beyond the prison walls"). See also Procunier v. Martinez, 416 U.S. 396, 409 (1974)(prisoners have a First Amendment right to correspond). But see Lumumba v. Blevins, No. 7:20cv599, 2022 U.S. Dist. LEXIS 26983, 2022 WL 463105, at *8 (W.D.Va Feb. 15, 2022)(noting courts have held inmates do not have a right to send and receive emails). Plaintiff asserts his email did not threaten any important or substantial interests the VDOC has in security, order, and rehabilitation.

22) Defendants Meade and Roe Doe violated Plaintiff's Fourteenth Amendment procedural due process rights because they deprived Plaintiff of a reasonable opportunity to contest the censorship of his email through the VDOC's Grievance Procedure. The decision to "withhold delivery of a particular letter must be accompanied by procedural safeguards" — the inmate must be notified that his mail has been rejected, and he must be given "a reasonable opportunity to protest that decision." See Procunier v. Martinez, 416 U.S. 396, 417, 418-19 (1989). See also Tory v. Davis, No. 7:18cv00393, U.S. Dist. LEXIS 95495, 2020 WL 2840163, at *4 (W.D.Va June 1, 2020)(applying Martinez procedural protections to due process claims regarding inmate emails). Here, the Grievance Procedure was the only vehicle Plaintiff

8

could utilize to contest the censorship. Defendants Meade and Roe Doe prevented him from protesting the censorship when they rejected his grievance at the intake level.

## VI) RELIEF REQUESTED

Plaintiff asks this Court to grant him the following relief:

1) Declare the Defendants violated his constitutional rights.

2) Issue an injunction requiring the Defendants to send his email to Anthony Wright.

3) Order Defendants John Doe, Roe Doe, and Meade to jointly and severally pay him nominal, compensatory, and punitive damages.

4) Order the Defendants to reimburse him with the stamp he was charged when trying to send his email to Anthony Wright.

5) Order the Defendants to reimburse him with the fees he incurs to bring and maintain this action.

6) Grant him any other relief he may be entitled to.

Respectfully submitted,

*R. Barnes*

Robert Barnes #1416795
VADOC Centralized Mail Dist. Cntr.
3521 Woods Way
State Farm, VA 23160